175 So.2d 110

Louis ROY

v.

Russell ROBIN.

No. 47767.

May 26, 1965.

In re: Louis Roy applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 173 So.2d 222.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

■

175 So.2d 110

STATE of Louisiana

v.

Nolty ORGERON.

No. 47781.

May 26, 1965.

In re: Nolty Orgeron applying for writs of certiorari, prohibition and mandamus.

Writs refused. There appears no error of law in the rulings complained of.

■

175 So.2d 110

CITY OF CROWLEY, Louisiana

v.

Barbara Ann PREJEAN et Tutrix.

No. 47753.

May 26, 1965.

In re: City of Crowley, Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 173 So.2d 832.

Writ refused. On the facts found by the Court of Appeal the result is correct.

■

175 So.2d 111

Succession of Lillie Weir SIMMS, widow of Edward F. Simms.

No. 47706.

May 26, 1965.

In re: Alden X. Boddeker and Henry C. Riquelmy, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 175 So.2d 113.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.